UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Marcus Smith

                Plaintiff,

v.                                     Case No.: 1:19−cv−07750
                                          Honorable Robert W. Gettleman

Officer Puszkiewicz, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 20, 2020:

        MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purposes of discovery scheduling and supervision and to conduct a settlement conference. Initial status hearing scheduled for 9/9/2020 at 9:15 a.m. Prior to the status hearing, the Court specifically requests that counsel consult the Court's standing order. If the parties believe the case is ready for a settlement conference, counsel should have available dates for a settlement conference for all necessary parties in advance of the status hearing, and to the extent possible, consult with opposing counsel in an attempt to identify mutually convenient and feasible dates for the settlement conference. Judge Weisman generally conducts settlement conferences Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. If the parties do not wish to set a settlement conference at this time, the parties should be prepared to discuss discovery scheduling and related issues. Parties shall dial in using the Court's conference call−in number. The conference call− in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. BECAUSE ALL CASES SET FOR STATUS HEARINGS WILL BE USING THIS CONFERENCE CALL−IN NUMBER, PARTICIPANTS MUST REMAIN ON THE LINE WITH THE MUTE FUNCTION ACTIVATED UNTIL THEIR RESPECTIVE IS CASE IS CALLED. PARTICIPANTS SHALL NOT PLACE THE COURT CONFERENCE CALL ON HOLD OR ATTEMPT OTHER TELEPHONIC FUNCTIONS (E.G. ACCEPTING AN INTRAOFFICE INTERCOM COMMUNICATION, ETC.) DURING THE CONFERENCE CALL AS THIS PRACTICE OFTEN RESULTS IN UNINTENDED CONSEQUENCES SUCH AS MUSIC OR OTHER SOUNDS PROJECTING INTO THE ENTIRE CONFERENCE CALL WHILE THE ALTERNATIVE PHONE USE IS OCCURRING. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.